IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JUAN FRANCISCO MEJIA, #18269-078 | § | |
| VS. | § | CIVIL ACTION NO. 6:14cv223 |
| | | CRIM. NO. 6:10CR00123-001 |
| UNITED STATES OF AMERICA | § | |

## ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the motion for relief under 28 U.S.C. § 2255 is **DENIED** and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All motions not previously ruled on are **DENIED**.

**So ORDERED and SIGNED this 26th day of June, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**